UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH CARDINALE,<br><br>    Plaintiff,<br>v.<br><br>ELDORADO RESORTS CORPORATION, et al.,<br><br>    Defendants. | Case No. 2:15-cv-01492-RFB-PAL<br><br>ORDER<br><br>(Mot for Fees – ECF No. 38) |

The court conducted a hearing on January 26, 2017, on Defendants' Motion to Set Reasonable Fees for the Deposition of Holman Chan, MD (ECF No. 38). Brian Bradford was present on behalf of Defendants. Plaintiff was not present for the hearing and did not file an opposition to the motion. Non-party Holman Chan, MD was served with the motion but did not file an opposition or appear. Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that Defendants' Motion to Set Reasonable Fees for the Deposition of Holman Chan (ECF No. 38) is **GRANTED**. Dr. Chan shall be paid $500.00/hr. for his deposition testimony which will be limited to one hour in duration at a location of the doctor's choosing, on date and time mutually agreeable to the doctor and all parties.

DATED this 1st day of February, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE