1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
   JILL GARCIA
3  Nevada Bar No. 7805
4  jill.garcia@ogletreedeakins.com
   BRIAN L. BRADFORD
5  Nevada Bar No. 9518
   brian.bradford@ogletreedeakins.com
6  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
7  Wells Fargo Tower
   Suite 1500
8  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
9  Telephone:  702.369.6800
   Fax:  702.369.6888
10 *Attorneys for Defendants Eldorado Resorts Corporation,*
   *Michael Marrs, Kristen Hayde, and Dominic Taleghani*
11

12                          **UNITED STATES DISTRICT COURT**

13                               **FOR THE DISTRICT OF NEVADA**

14 | JOSEPH CARDINALE,                    | Case No.:  2:15-cv-01492-RFB-BNW        |

15 |        Plaintiff,                    |                                         |
                                          | **STIPULATION AND ORDER FOR**
16 | vs.                                  | **DISMISSAL WITH PREJUDICE**            |

17 | ELDORADO RESORTS CORPORATION, a      |
18 | Florida Corporation; MICHAEL MARRS;  |
   | KRISTEN BECK; DOMINIC TALEGHANI;     |
19 | and DOES 1-50, inclusive,            |

20 |        Defendants.                   |

21

22         Plaintiff Joseph Cardinale ("Plaintiff") and Defendants Eldorado Resorts Corporation, and

23 Individual Defendants Michael Marrs, Kristen Hayde, and Dominic Taleghani

24 ("Defendants")[1], by and through their undersigned counsel, hereby stipulate that all claims

25

26 _____

27 [1] Individual Defendants Bruce Polansky and James Grimes were terminated per Notice of Voluntary Dismissal on December 18, 2015.  (ECF No. 10.)
28

Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

Dated this 31st day of July, 2019.

| WATKINS & LETOFSKY, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins<br>Daniel R. Watkins<br>Eran S. Forster<br>8215 South Eastern Avenue<br>Suite 265<br>Las Vegas, NV  89123<br>*Attorneys for Plaintiff Joseph Cardinale* | /s/ Jill Garcia<br>Anthony L. Martin<br>Jill Garcia<br>Brian L. Bradford<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV  89169<br>*Attorneys for Defendant Eldorado Resorts Corporation, Michael Marrs, Kristen Hayde and Dominic Taleghani* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of August, 2019.

2